DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Rodney Petties, | ) | |
| | ) | CASE NO. 5:06 CR 162 |
| Petitioner-Defendant, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set for in the Memorandum Opinion published contemporaneously with this Judgment Entry, the petition for habeas relief is granted. Case closed.

IT IS SO ORDERED.

| | |
|---|---|
| June 11, 2008 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |